Duane T. AKRIGHT, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 97098.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 22, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 3, 2012.

Application for Transfer Denied Aug. 14, 2012.

Lisa M. Stroup, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, John M. Reeves, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before KURT S. ODENWALD, C.J., PATRICIA L. COHEN, J., and ROBERT M. CLAYTON III, J.

### ORDER

PER CURIAM.

Duane Akright appeals the motion court's judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We find the motion court did not clearly err in denying Akright's request for post-conviction relief after an evidentiary hearing. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).